**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: VIDEO GAME ADDICTION PRODUCT LIABILITY LITIGATION** | **MDL No.:** _____ |

### PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. §1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiffs Casey Dunn and Thomas Dunn, Individually, and on behalf of G.D., a minor; Plaintiffs Preston Johnson and Elizabeth Jones; Plaintiffs Cynthia Jimenez, Individually and on behalf of I.C., a minor; Plaintiffs Jacyln Angelilli, Individually and on behalf of D.G., a minor; and Plaintiff Harper Glasscock (collectively, "Movants"[1] respectfully move the Judicial Panel on Multidistrict Litigation ("Panel"), pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Panel, to transfer the actions listed in the attached Schedule of Actions and all subsequent tag-along actions to the United States District Court for the Western District of Missouri for coordinated or consolidated proceedings before the Honorable Stephen Bough who is currently presiding over the *In re: Smitty's/Cam2 303 Tractor Hydraulic Fluid Marketing, Sales Practices and Products Liability Litigation*, MDL No. 20-md-2936, and has presided over class actions and other litigation involving numerous parties, or alternatively Honorable Brian C. Wimes who is assigned to the current Missouri case pending in the Western District of Missouri.

---

[1] Movants are the named plaintiffs in the first five cases filed in this matter, which are presently pending in the United States District Courts for the Eastern District of Arkansas, Northern District of Illinois, Southern District of Illinois, and the Western District of Missouri. *See* Schedule of Actions.

Plaintiffs also contemporaneously submit their memorandum in support of this motion, incorporated herein by reference, setting forth the reasons why these cases should be transferred to the Western District of Missouri, or alternatively, to the Eastern District of Arkansas. For the reasons therein, Movants respectfully request that the Panel transfer the scheduled actions and any additional tag-along actions to the Western District of Missouri for coordinated or consolidated pretrial proceedings before either the Honorable Stephen R. Bough or the Honorable Brian C. Wimes, or alternatively the Eastern District of Arkansas before the Honorable James M. Moody, Jr.

Dated: March 14, 2024.

Respectfully submitted,

*/s/ Tina M. Bullock*
Tina M. Bullock
Danielle W. Mason
BW Walas
**BULLOCK WARD MASON LLC**
3350 Riverwood Pkwy, Suite 1900
Atlanta, Georgia 30339
Tel: (833) 296-5291
Tina@bwmlaw.com
Danielle@bwmlaw.com
Bwalas@bwmlaw.com

Steven B. Rotman
**HAUSFELD**
One Marina Park Drive
Suite 14010
Boston, MA 02210
Tel: (617) 207-0600
Srotman@hausfeld.com

Ashleigh Raso
Dan Nigh
**NIGH GOLDENBERG
RASO & VAUGHN PLLC**
60 South 6th Street, Suite 2800
Minneapolis, Minnesota 55402
Tel: (202) 792-7927

araso@nighgoldenberg.com
dnigh@nighgoldenberg.com

*ATTORNEYS FOR MOVANTS*